# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## 5:07cv106

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) Vs. ) R-ANELL HOUSING GROUP, LLC, ) ) Defendant. ) _____ ) | ORDER |

**THIS MATTER** is before the court on the CIAC timely submitted by the parties. Due to the extraordinary time sought and the requested bifurcation of trial, the court will conduct an Initial Pretrial Conference before entry of a Pretrial Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that an Initial Pretrial Conference is calendared for February 29, 2008, at 11 a.m. in Asheville. Leave is granted for the plaintiff to appear by and through its Senior Trial Attorney, without requiring the appearance of out of state counsel, if it so desires.

Signed: February 13, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge