# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv106

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>R-ANELL HOUSING GROUP, LLC, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion for Leave to Amend Expert Report. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Leave to Amend Expert Report (#23) is **GRANTED,** plaintiff is allowed 10 days within which to serve any amended expert report of Dr. Lanier, and defendant is allowed 30 days from service of same to serve any expert report, amended or otherwise, its deems responsive to the amendments served by plaintiff. No other deadline is or shall be enlarged based upon such enlargement.

Signed: March 31, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge